JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID EDWARD COUZNS, | NO. EDCV 14-1776-CJC (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| FRAUNHEIM, S., Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: October 21, 2015

_____
CORMAC J. CARNEY
United States District Judge